IN RE JENNINGS

No. 107P99

Case below: 132 N.C.App. 235

Notice of appeal by respondent pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 6 May 1999. Petition by respondent (Candace Jennings) for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999. Conditional petition filed by petitioner and attorney advocate for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

IN RE MUTZ

No. 79P99

Case below: 132 N.C.App. 235

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

PARAMORE v. LILLEY

No. 125P99

Case below: 132 N.C.App. 397

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 May 1999.

POE v. ATLAS-SOUNDELIER/AMERICAN TRADING
    & PROD. CORP.

No. 167P99

Case below: 132 N.C.App. 472

Motion by defendant (Snyder) to dismiss petition for discretionary review denied 14 April 1999.

ROBINSON v. POWELL

No. 549P98

Case below: 125 N.C.App. 743

Petition by defendant for discretionary review pursuant G.S. 7A-31denied 6 May 1999. Justice Martin recused.